IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LOUBINS DAUPHIN,

   Appellant,

v.           Case No.  5D22-1166
            LT Case Nos. 2014-CF-008041-A-O
                  2014-CF-007437-A-O
                  2014-CF-007561-A-O
                  2014-CF-007436-A-O

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed August 30, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Loubins Dauphin, Blountstown, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

  AFFIRMED.


COHEN, SASSO and NARDELLA, JJ., concur.